THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:17-cv-476-FDW-DSC

| | |
|---|---|
| CHELSEA VIVIANI PIERCE,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTENBURY EYE CENTER, P.A.;<br>JONATHAN CHRISTENBURY, M.D.;<br>and ELLIE PENA-BENARROCH,<br><br>    Defendants. | **JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

    IT IS HEREBY STIPULATED, by and through counsel for Plaintiff and Defendants, that the captioned action is hereby voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each of the foregoing parties shall bear its own costs.

    This 3rd day of January, 2018.

| | |
|---|---|
| s/ Margaret B. Maloney | s/ C. Grainger Pierce, Jr. |
| Margaret B. Maloney, N.C. Bar No. 13253 | C. Grainger Pierce, Jr., N.C. Bar No. 27305 |
| Jennifer D. Spyker, N.C. Bar No. 46048 | Attorney for Defendants |
| Attorneys for Plaintiff | Nexsen Pruet, PLLC |
| Maloney Law & Associates | 227 West Trade Street |
| 1824 East Seventh Street | Suite 1550 |
| Charlotte, NC 28204 | Charlotte, NC 28202 |
| Telephone: 704-632-1622 | Telephone: 704-339-0304 |
| Facsimile: 704-632-1623 | Facsimile: 704-805-4712 |
| E-mail: mmaloney@maloneylegal.com | E-mail: gpierce@nexsenpruet.com |
|        jspyker@maloneylegal.com | |

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing pleading or paper with the Clerk of the court using the CM/ECF system, and I hereby certify that the foregoing document was duly served upon counsel for the Plaintiff in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure by depositing it in the United States Mail, first-class postage prepaid, addressed as follows:

      Margaret B. Maloney
      Jennifer D. Spyker
      Maloney Law & Associates, PLLC
      1824 East Seventh Street
      Charlotte, NC  28204

This 3rd day of January, 2018.

      s/ C. Grainger Pierce, Jr.
      C. Grainger Pierce, Jr. N.C. Bar No. 27305
      Attorney for Defendants
      Nexsen Pruet, PLLC
      227 West Trade Street, Suite 1550
      Charlotte, NC  28202
      Telephone: (704) 339-0304
      Fax: (704) 805-4712
      E-mail: gpierce@nexsenpruet.com